United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MTR WESTERN, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TOWER TOURS, LLC, et al.,<br><br>　　　　Defendants. | Case No.  14-cv-02987-CW<br><br>**ORDER OF REFERENCE TO MAGISTRATE JUDGE RYU UPON CONSENT AND SETTING CERTAIN CASE MANAGEMENT DATES**<br><br>Re: Dkt. Nos. 26, 27 |

On **September 24, 2014**, a case management conference was held in the above-captioned case. **Marc Bernstein** appeared for Plaintiff. **Matthew Harrison** appeared for Defendant. On **October 10, 2014**, the parties executed a consent form to proceed before United States Magistrate Judge **Ryu**. Accordingly,

IT IS HEREBY ORDERED that pursuant to 28 U.S.C. § 636(c) and Rule 73, Federal Rules of Civil Procedure, the above-captioned case is referred for all further proceedings in the case, including trial, and the entry of a final judgment to Magistrate Judge **Ryu** to be heard and considered at the convenience of his/her calendar. Counsel shall contact **Ivy Garcia**, Magistrate Judge **Ryu's** Courtroom Deputy at **(510) 637-3639** to set up a telephonic status conference to confirm dates. Magistrate Judge **Ryu** will set a trial date on, about or before **October 19, 2015**.

IT IS FURTHER ORDERED, upon the agreement of counsel, that the following case management dates are set:

Completion of discovery other than from experts:   **June 12, 2015**

Disclosure of identities and reports of expert
　witnesses: **June 26, 2015**

Completion of discovery from experts:   **August 7, 2015**

1     All motions directed to the merits of the case

2     noticed for hearing no later than:  **July 23, 2015**

3

4 Dated:  October 6, 2014

5                                               CLAUDIA WILKEN

6                                            United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28