| | |
|---|---|
| 1 | MARC N. BERNSTEIN (SBN 145837) |
| | mbernstein@blgrp.com |
| 2 | AMY L. KASHIWABARA (SBN 210562) |
| | akashiwabara@blgrp.com |
| 3 | THE BUSINESS LITIGATION GROUP, P.C. |
| | 555 Montgomery Street, Suite 1650 |
| 4 | San Francisco, CA 94111 |
| | Telephone: 415.765.6633 |
| 5 | Facsimile: 415.283.4804 |
| 6 | Attorneys for Plaintiff and |
| | Counterclaim Defendant MTR Western, LLC |
| 7 | |
| 8 | VAL D. HORNSTEIN (SBN 133726) |
| | val@hornsteinlaw.com |
| 9 | MATTHEW R. HARRISON (SBN 267477) |
| | mharrison@hornsteinlaw.com |
| 10 | HORNSTEIN LAW |
| | One Embarcadero Center, Suite 2860 |
| 11 | San Francisco, CA 94111 |
| | Telephone: 415.454.1490 |
| 12 | Facsimile: 415.520.0414 |
| 13 | Attorneys for Defendants and |
| | Counterclaimants Tower Tours, LLC |
| 14 | and Hagen Choi |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| MTR WESTERN LLC, a Washington Corporation, | Case No. 4:14-cv-02987 (DMR) |
| Plaintiff and Counterclaim Defendant, | **STIPULATED AND [PROPOSED] ORDER OF DISMISSAL** |
| vs. | |
| TOWER TOURS, LLC, a California Corporation, and HAGEN CHOI, an individual, | |
| Defendants and Counterclaimants. | |

**STIPULATION AND PROPOSED ORDER OF DISMISSAL**

STIPULATION

Plaintiff and Counterclaim Defendant, MTR Western, LLC (MTR) and Defendants and Counterclaimants Tower Tours, LLC and Hagen Choi (jointly and severally, Defendants), along with The Choi Family 2006 Trust u/t/a dated April 25, 2006 (Trust), have entered into a binding Confidential Settlement Agreement (Agreement). These parties have also entered a Stipulation for Entry of Judgment (Stipulation for Judgment), which consents to the Court's entry of judgment in the event of a breach of the settlement terms.

The Agreement also provides that this Court will retain jurisdiction both to enforce the terms of the Agreement and, in the event of a breach, to enter the judgment consented to in the Stipulation for Judgment. The Agreement also invokes California Civil Procedure Code section 664.6 as an additional mechanism for the Court's enforcement of the Agreement.

MTR and the Defendants now wish to end this litigation, and they request the Court to dismiss it in its entirety, with prejudice, but with the Court retaining jurisdiction to enforce the parties' Agreement and Stipulation for Judgment.

MTR and DEFENDANTS SO STIPULATE.

DATED: February 10, 2015           THE BUSINESS LITIGATION GROUP, P.C.

By:  /s/ Marc N. Bernstein
     Marc N. Bernstein

Attorneys for Plaintiff and
Counterclaim Defendant MTR
Western, LLC

| | | |
|---|---|---|
| 1 | DATED: February 10, 2015 | HORNSTEIN LAW |
| 2 | | |
| 3 | | By:   /s/ Matthew R. Harrison<br>        Matthew R. Harrison |
| 4 | | Attorneys for Defendants and |
| 5 | | Counterclaimants Tower Tours, LLC and Hagen Choi |

### [~~PROPOSED~~] ORDER OF DISMISSAL

Based on the parties' stipulation, and for good cause shown, IT IS ORDERED that this action is dismissed in its entirety with prejudice.

This Court shall retain jurisdiction to enforce the terms of the Settlement Agreement, including through application of California Code of Civil Procedure section 664.6, and, in the event of a breach or default under the terms of the Settlement Agreement or Stipulation for Judgment, to enter judgment pursuant to the Stipulation for Judgment.

The parties are to bear their own fees and costs.

**IT IS SO ORDERED.**

Dated: Feb. 10, 2015                    _____
                                                          Donna M. Ryu

                                                          UNITED STATES MAGISTRATE JUDGE

### ATTESTATION OF CONCURRENCE IN FILING

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from Matthew R. Harrison.

Dated: February 10, 2015                    /s/ Marc N. Bernstein
                                                          Marc N. Bernstein